IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENCIA ROMO CAMPOS,<br><br>        Petitioners,<br><br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>        Respondents.<br>_____/ | No. C 12-2682 CW<br><br>ORDER FOR BRIEFING ON ORDER TO SHOW CAUSE |

   On May 24, 2012, Petitioner Hortencia Romo Campos filed a petition for writ of habeas corpus and an order to show cause why the petition should not be granted.  Within twenty-eight days from the date of this Order, Respondents are ordered to respond to the order to show cause.  Petitioner may file a traverse fourteen days thereafter.  The matter will be taken under submission and decided on the papers.

   IT IS SO ORDERED.

Dated: 6/4/2012

CLAUDIA WILKEN
United States District Judge